# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE:  VIRGINIA A. FINKEN       :   No. 183 MAL 2019
REVOCABLE TRUST               :
                                        :
                                        :   Petition for Allowance of Appeal from
PETITION OF:  MELISSA FINKEN    :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.